**Order entered November 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01299-CV

**CITY OF DALLAS, Appellant**

**V.**

**VERNELL KENNEDY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13078**

## ORDER

Before the Court is appellant's November 22, 2019 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 2, 2020. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE